# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5197**  **September Term, 2024**

**1:25-cv-00542-RBW**

**Filed On:** July 18, 2025

Travis LeBlanc and Edward Felten,

      Appellees

      v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

      Appellants

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, construed as a motion for en banc reconsideration of the court's July 1, 2025 order granting appellants' motion for a stay pending appeal, it is

**ORDERED** that the motion be denied.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Selena R. Gancasz
           Deputy Clerk